

FILED
JAN 16 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WILMER ALEXANDER GARCIA MEZA, ) <br> aka "Alejandro Garcia" and ) <br> "Alex Garcia," ) <br> ) <br> Defendant. ) | No. **20 CR 035** <br><br> Violations: Title 18, United States Code, Sections 287, 1028A, and 1341 <br><br> **JUDGE BUCKLO** <br> **MAGISTRATE JUDGE FUENTES** |

## COUNT ONE
(Mail Fraud)

The Special January 2020 GRAND JURY charges:

1. At times material to this Indictment:

a. Defendant WILMER ALEXANDER GARCIA MEZA, aka "Alejandro Garcia" and "Alex Garcia," resided within the Northern District of Illinois, Eastern Division.

b. The Internal Revenue Service (IRS) was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States. The Internal Revenue Code provided that individuals could file tax returns to claim a refund by submitting an individual income tax return, including a Form 1040A, U.S. Individual Income Tax Return, or a Form 1040EZ, Income Tax Return for Single and Joint Filers with No Dependents.

c. An Individual Taxpayer Identification Number (ITIN) was a tax processing number issued by the IRS. The IRS issued ITINs to individuals who were required to have a United States taxpayer identification number but who did not have, and were not eligible to obtain, a Social Security number.

d. A Form W-7, Application for IRS Individual Taxpayer Identification Number, was an IRS form used to apply for or renew an IRS Individual Taxpayer Identification Number (ITIN). Documentation to support identity and connection to a foreign country must be submitted to the IRS with the Form W-7. Individuals applying for an ITIN using a Form W-7 must submit original identification documents, certified copies, or copies that have been notarized after the notary public reviewed the original documents.

e. Forms 1040A and Forms 1040EZ required an individual to provide on the tax return the individual's name, address, social security number or ITIN, taxable income for the tax year, amount of federal income taxes withheld from the individual's wages during that year, and amount of tax due or refund claimed.

f. A Form W-2, Wage and Tax Statement, was a form employers used to report to the IRS annual payments made for an employee's services (wages) and the amount of taxes withheld from the employee's wages.

g. If a Form 1040A or Form 1040EZ claiming a refund did not include instructions to directly deposit the refund amount to a specific bank account, any refund issued was sent to the name and address listed on the form by mail, via the United States Postal Service.

2. Beginning no later than in or about January 2013 and continuing through at least in or about July 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILMER ALEXANDER GARCIA MEZA,

defendant herein, devised, intended to devise, and participated in a scheme to defraud and to obtain money and property from the IRS by means of materially false and fraudulent representations as further described below.

The Scheme

3. It was part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA and others obtained personal identifying information of various individuals, including their names, dates of birth, and identification documents, such as foreign passports or driver's licenses.

4. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA obtained or caused to be obtained ITINs for various individuals by, among other things, submitting or causing to be submitted to the IRS Forms W-7 in the names of others.

5. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA purchased computer software and paper that allowed him and others to create Forms W-2.

6. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA purchased computer software, commonly known as TurboTax, which he used to prepare tax returns.

7. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA used and caused to be used computer software to prepare false Forms W-2, Form 1040A, and Forms 1040EZ.

8. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA used ITINs to file false paper Forms 1040A and Forms 1040EZ with the IRS.

9. It was further part of the scheme that from no later than in or about January 2013 to at least in or about July 2017, defendant WILMER ALEXANDER GARCIA MEZA prepared and caused to be prepared, and presented and caused to be presented, to the IRS, materially false and fraudulent individual income tax returns for tax years 2011 to 2016 to claim fraudulent income tax refunds to which the defendant then and there knew the individual named in the tax return was not entitled, including but not limited to the following individual income tax returns:

| Date of Filing | Tax Year | Tax Form | Initials of Individual on Tax Return | Fraudulent Refund Claimed |
|---|---|---|---|---|
| 2/16/2013 | 2012 | 1040A | I.M.Z. | $5,174 |
| 3/5/2013 | 2012 | 1040A | J.N.M.C. | $5,553 |
| 9/22/2014 | 2011 | 1040EZ | D.Y.V.A. | $2,467 |
| 3/21/2015 | 2014 | 1040A | A.C. | $3,691 |

10. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA prepared and caused to be prepared, and presented and caused to be presented, to the IRS, materially false and fraudulent Forms 1040A

and Forms 1040EZ that caused fraudulently claimed federal income tax refunds, in the form of U.S. Treasury tax refund checks ("Treasury checks"), to be mailed to his United States Post Office Boxes and to other mailing addresses to which the defendant had access.

11. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA and others cashed and caused to be cashed Treasury checks, which were fraudulent federal income tax refunds, at stores located in the Northern District of Illinois, Eastern Division, and elsewhere.

12. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA used and caused to be used other individuals' identification documents to cash Treasury checks issued in other individuals' names.

13. It was further part of the scheme that defendant WILMER ALEXANDER GARCIA MEZA made misrepresentations to the owner of a certain store regarding his authorization to cash Treasury checks in other individuals' names.

### The Use of the Mails

14. On or about January 22, 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILMER ALEXANDER GARCIA MEZA,

defendant herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly caused to be delivered by mail, via the United States Postal Service, according to the direction thereon, an envelope addressed to

5

"DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE CENTER, FRESNO, CA 93888-0015," which was postmarked in Carol Stream, Illinois, and which contained a false 2012 Form 1040EZ that claimed a fictitious, false and fraudulent refund in the amount of $2,519, in the name of an individual bearing the initials "D.Y.V.A." and that listed the return address for "D.Y.V.A." as "P.O BOX 681431 SCHAUMBURG IL 60168."

In violation of Title 18, United States Code, Section 1341.

### COUNT TWO
(Mail Fraud)

The Special January 2020 GRAND JURY further charges:

15. Paragraphs 1 through 13 of Count One are incorporated here.

16. On or about February 21, 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILMER ALEXANDER GARCIA MEZA,

defendant herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly caused the IRS to deliver by mail, via the United States Postal Service, a fictitious, false and fraudulent tax refund in the form of a Treasury check in the amount of $4,222, dated March 18, 2015, in the name of an individual bearing the initials "R.L.M.C." to "P.O BOX 5323 BUFFALO GROVE IL 60089."

In violation of Title 18, United States Code, Section 1341.

## COUNT THREE
### (Mail Fraud)

The Special January 2020 GRAND JURY further charges:

17. Paragraphs 1 through 13 of Count One are incorporated here.

18. On or about May 30, 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILMER ALEXANDER GARCIA MEZA,

defendant herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly caused to be delivered by mail, via the United States Postal Service, according to the direction thereon, an envelope addressed to "DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, FRESNO, CA 93888-0015," which was postmarked in Carol Stream, Illinois, and which contained a false 2016 Form 1040A that claimed a fictitious, false and fraudulent tax refund in the amount of $4,212, in the name of an individual bearing the initials "I.A.C.," and that listed the return address for "I.A.C." as "1419 MUIRFIELD AVE WAUKEGAN IL 60085."

In violation of Title 18, United States Code, Section 1341.

## COUNT FOUR
## (Mail Fraud)

The Special January 2020 GRAND JURY further charges:

19. Paragraphs 1 through 13 of Count One are incorporated here.

20. On or about May 30, 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILMER ALEXANDER GARCIA MEZA,

defendant herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly caused to be delivered by mail, via the United States Postal Service, according to the direction thereon, an envelope addressed to "DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, FRESNO, CA 93888-0015," which was postmarked in Carol Stream, Illinois, and which contained a false 2016 Form 1040A that claimed a fictitious, false and fraudulent tax refund in the amount of $2,863, in the name of an individual bearing the initials "I.M.Z.," and that listed the return address for "I.M.Z." as "1419 MUIRFIELD AVE WAUKEGAN IL 60085."

In violation of Title 18, United States Code, Section 1341.

## COUNT FIVE
(Aggravated Identity Theft)

The Special January 2020 GRAND JURY further charges:

21. Paragraphs 1 to 13 of Count One are incorporated here.

22. On or about January 22, 2015, within the Northern District of Illinois and elsewhere, Defendant WILMER ALEXANDER GARCIA MEZA did knowingly use the means of identification of an actual person, known to the grand jury as "D.Y.V.A.," namely that individual's name, without lawful authority and without D.Y.V.A.'s consent, to commit mail fraud, in violation of 18 U.S.C § 1341 (as charged in Count One, paragraph 14).

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

## COUNT SIX
(Aggravated Identity Theft)

The Special January 2020 GRAND JURY further charges:

23. Paragraphs 1 to 13 of Count One are incorporated here.

24. On or about February 21, 2015, within the Northern District of Illinois and elsewhere, Defendant WILMER ALEXANDER GARCIA MEZA did knowingly use the means of identification of an actual person, known to the grand jury as "R.L.M.C.," namely that individual's name, without lawful authority and without R.L.M.C.'s consent, to commit mail fraud, in violation of 18 U.S.C § 1341 (as charged in Count Two, paragraph 16).

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

## COUNTS SEVEN TO TWENTY
(False Claim for a Fraudulent Tax Refund)

The Special January 2020 GRAND JURY further charges:

25. The factual allegations contained in Paragraphs 1 to 13 of Count One are incorporated here.

26. On or about the following dates, in the Northern District of Illinois and elsewhere,

WILMER ALEXANDER GARCIA MEZA,

defendant herein, made, presented, and caused to be presented to the IRS, claims upon and against the IRS, in the form of income tax returns, claiming fictitious, false and fraudulent income tax refunds, on or about the dates set forth below, in the amounts set forth below, and in the names set forth below, each tax return constituting a separate count:

| Count | Date of Filing | Tax Year | Tax Form | Name or Initials of Individual on Tax Return | Fraudulent Refund Claimed |
|---|---|---|---|---|---|
| 7 | 1/24/2015 | 2012 | 1040EZ | D.Y.V.A. | $2,519 |
| 8 | 1/31/2015 | 2012 | 1040EZ | L.R.C. | $2,209 |
| 9 | 2/14/2015 | 2014 | 1040A | J.N.A.E. | $5,535 |
| 10 | 2/15/2015 | 2014 | 1040A | D.B.M. | $3,162 |
| 11 | 2/21/2015 | 2014 | 1040A | R.L.M.C. | $4,222 |
| 12 | 2/21/2015 | 2014 | 1040A | G.R.R. | $4,210 |
| 13 | 1/23/2016 | 2015 | 1040A | N.C.A.R. | $4,294 |
| 14 | 2/20/2016 | 2015 | 1040A | WILMER A GARCIA-MEZA | $4,241 |

| 15 | 2/21/2016 | 2015 | 1040A | R.L.M.C. | $3,377 |
| 16 | 4/2/2016 | 2015 | 1040EZ | D.Y.V.A. | $1,518 |
| 17 | 1/23/2017 | 2016 | 1040A | I.P.P. | $3,078 |
| 18 | 1/24/2017 | 2016 | 1040A | E.G.H. | $4,260 |
| 19 | 6/2/2017 | 2016 | 1040A | I.A.C. | $4,212 |
| 20 | 6/2/2017 | 2016 | 1040A | I.M.Z. | $2,863 |

All in violation of Title 18, United States Code, Section 287.

A TRUE BILL:

_____
FOREPERSON

_____
RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, Department of Justice