

Order Form (01/2005)

**20CR 035**

## United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE FUENTES**

| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO | Sitting Judge if Other than Assigned Judge | M. David Weisman |
|---|---|---|---|
| **CASE NUMBER** | 15-GJ-00812 | **DATE** | JANUARY 16, 2020 |
| **CASE TITLE** | U.S. v. WILMER ALEXANDER GARCIA MEZA | | |

**DOCKET ENTRY TEXT** — **UNDER SEAL**

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2020 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _M. David Weisman_

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFEDANT DETAINED WITHOUT BOND PURUSANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE DEFENDANTS.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT 3 COPIES OF THE ARREST WARRANT BE PROVIDED TO THE INVESTIGATING LAW ENFORCEMENT AGENT (IRS-CI SPECIAL AGENT MATTHEW CATTONI) @ MATTHEW.CATTONI@CI.IRS.GOV IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INDICTMENT IS TO REMAIN SEALED UNTIL THE DESIGNATED DEFENDANT WHILMER ALEXANDER GARCIA MEZA IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

**FILED**
JAN 16 2020 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _M. David Weisman_ (ONLY IF FILED UNDER SEAL)
or MAGISTRATE JUDGE

Courtroom Deputy Initials: AO

Page 1 of 1