## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America v. Wilmer Alexander Garcia Meza

Case Number: 20-CR-00035

An appearance is hereby filed by the undersigned as attorney for: United States of America

Attorney name (type or print): Michael C. Landman

Firm: U.S. Department of Justice, Tax Division

Street address: 150 M Street NE

City/State/Zip: Washington, DC 20002

Bar ID Number: 5423603 (NY)
(See item 3 in instructions)

Telephone Number: (202) 307-6541

Email Address: Michael.C.Landman@usdoj.gov

FILED
JAN 23 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/23/2020

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015