# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

In the Matter of                                                     Case Number:

UNITED STATES v. WILMER ALEXANDER GARCIA MEZA          20 CR 035

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

WILMER ALEXANDER GARCIA MEZA

| |
|---|
| NAME (Type or print)<br>Steve Greenberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/STEVEN A. GREENBERG |
| FIRM   GREENBERG TRIAL LAWYERS |
| STREET ADDRESS   53 W. JACKSON BLVD.  SUITE 1260 |
| CITY/STATE/ZIP   CHICAGO, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6193478 | TELEPHONE NUMBER   312-879-9500 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL     YES         APPOINTED COUNSEL |