

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 20 CR 35-1 |
|  | ) |  |
| v. | ) | Magistrate Judge: Elaine E. Bucklo |
|  | ) | Magistrate Judge: Gabriel A. Fuentes |
|  | ) |  |
| Wilmer Alexander Garcia Meza | ) |  |
|  | ) |  |

### ORDER

Initial appearance held. Defendant Alexander Garcia Meza appears in response to an arrest on 1/23/20. Defendant advised of charges and informed of his rights. The Government's unopposed oral motion to unseal the indictment is granted. The Clerk of the Court is hereby requested to unseal the case. The Court has been notified that defendant intends to hire retained counsel. The Court enters an order appointing Sergio Fidel Rodriguez from the Federal Defender Program as counsel for Defendant for initial appearance and arraignment proceedings only. The Government orally moves for a detention hearing, stating by proffer that it is entitled to a detention hearing under 18 U.S.C. Section 3142(f)(2)(a). Defendant did not object to the Government's Section 3142(f)(2)(a) proffer. The Court finds that the Government is entitled to a detention hearing based on the Government's Section 3142(f)(2)(a) proffer. By agreement of the parties, the matter is set for a detention hearing before Magistrate Judge Gabriel A. Fuentes on 1/28/20 at 10:30 a.m. in Courtroom # 1838. Defendant is hereby remanded into the custody of the U.S. Marshals. Defendant shall remain in federal custody until further order of Court, pending the detention hearing. Arraignment hearing held. Defense acknowledges receipt of the indictment and waives formal reading. Defendant enters a plea of not guilty. The schedule for certain preliminary proceedings is as follows: Rule 16.1 conference to be held by 1/30/20, and final deadlines for the filing of any pretrial motions and responses shall be set by the District Court by separate order. The matter is set for a status hearing before Judge Bucklo on 2/07/20 at 10:00 a.m. in Courtroom #2243. On the Government's motion and without objection, time is hereby excluded from the date of the arraignment to and including the next status hearing on 2/07/20 with the District Judge, for preparation of pretrial motions under the ends-of-justice provision, as required by 3161 (h)(7) and for motions under 18 USC 316 1 (7)(B)(iv) and 18 USC 3161 (h)(1)(D). (X-T) & (Z-E)

(T: 00:15 Initial Appearance)
(T: 00:05 Arraignment)

Date: January 23, 2020

/s/ _____
GABRIEL A. FUENTES
UNITED STATES MAGISTRATE JUDGE