**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

SM
For Initial Only

Case Title: USA v. Wilmer A. Garcia-Meza
20CR 35

Case Number: 20CR35

An appearance is hereby filed by the undersigned as attorney for: Wilmer Garcia Meza

Attorney name (type or print): Sergio Fidel Rodriguez

Firm: Federal Defender Program

Street address: 55 E. Monroe St., Suite 2800

City/State/Zip: Chicago, IL 60603

Bar ID Number:
(See item 3 in instructions)

Telephone Number: (312) 621-8300

**FILED**
**JAN 23 2020**
MAGISTRATE JUDGE
GABRIEL A. FUENTES

Email Address: sergio_rodriguez@fd.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | X | |
| Are you acting as local counsel in this case? | | X |
| Are you a member of the court's trial bar? | X | |
| If this case reaches trial, will you act as the trial attorney? | X | |

If this is a criminal case, check your status.
☐ Retained Counsel
☒ Appointed Counsel
   If appointed counsel, are you a
   ☒ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/23/20

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015