UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILMER ALEXANDER GARCIA MEZA, )<br>aka "Alejandro Garcia" and )<br>"Alex Garcia," )<br>)<br>Defendant. )<br>_____) | No. 20 CR 35<br><br>Judge Elaine E. Bucklo |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 6, 2020, at 10:15 a.m., or as soon thereafter as counsel shall be heard, I will appear before the Honorable Elaine E. Bucklo in Courtroom 2243 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, to present the Government's Unopposed Motion for (1) Order Authorizing Disclosure of Tax Return Information; and (2) Protective Order, which has been filed with the Clerk of the United States District Court for the Northern District of Illinois.

                              Respectfully submitted,

                              RICHARD E. ZUCKERMAN
                              Principal Deputy Assistant Attorney General
                              Tax Division, Department of Justice

                By:    */s Michael C. Landman*
                         THOMAS W. FLYNN
                         MICHAEL C. LANDMAN
                         Trial Attorneys
                         U.S. Department of Justice, Tax Division

Dated**:** January 29, 2020