### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 20 CR 35-1 |
|  | ) |  |
| v. | ) | Magistrate Judge: Elaine E. Bucklo |
|  | ) | Magistrate Judge: Gabriel A. Fuentes |
|  | ) |  |
| Wilmer Alexander Garcia Meza | ) |  |
|  | ) |  |

### ORDER

Detention hearing held. Defense counsel Steven Allen Greenberg appears on behalf of Defendant. The Court thanks Mr. Sergio Fidel Rodriguez from the Federal Defender Program for his service. The Clerk of the Court is requested to terminate the appearance of Sergio Fidel Rodriguez as counsel for Defendant. The Court gives leave to substitute and enters the appearance of Steven Allen Greenberg as retained counsel for Defendant. For the reasons stated on the record, the Government's unopposed oral motion to have Defendant submit to a re-interview by Pre-Trial Services is granted. By agreement, the matter is set for a status hearing on detention before the magistrate judge on 2/03/20 at 10:30 a.m. in Courtroom #1838 for a report on what security the defendant is able or prepared to post in the event the Court were to order his release on a secured bond. Defendant shall remain in federal custody pending the status hearing on detention or until further order for the Court.

(T: 01:00)

Date: January 28, 2020                  /s/ _____
                                              GABRIEL A. FUENTES
                                              UNITED STATES MAGISTRATE JUDGE