# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:20–cr–00035
Honorable Elaine E. Bucklo

Wilmer Alexander Garcia Meza

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2020:

MINUTE entry before the Honorable Gabriel A. Fuentes as to Wilmer Alexander Garcia Meza (1): At the request of the parties, the status hearing on detention before Magistrate Judge Fuentes set for 2/03/20 is RESET to 2/06/20 at 11:00 a.m. in Courtroom #1838. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.