

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 20 CR 35-1 |
| v. | ) | Judge: Elaine E. Bucklo |
| | ) | Magistrate Judge: Gabriel A. Fuentes |
| Wilmer Alexander Garcia Meza | ) | |

### ORDER

Continued detention hearing held. Based on the Court's findings, the Government's oral motion that the Defendant be kept in custody while the case is decided on the basis of risk of flight and/or danger to the community is denied. Defendant released on $130,000.00 appearance bond (partially secured by real property) with conditions. As stated on the record, Defendant shall be released with the provision that the property is posted by no later than noon on 2/24/20 at the U.S. District Court Clerk's Office on the 20th Floor. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. The matter is set for a status hearing before Magistrate Judge Gabriel A. Fuentes on 2/25/20 at 11:00 a.m. in Courtroom # 1838. If prior to the status hearing the Third-Party Custodian has posted the property as the partial security for bond, then the Court will strike the status hearing. The Court reminds the parties that failure to post the property security as required will result in the revocation of Defendant's bond and incarceration.

(T: 01:15)

Date: February 6, 2020        /s/ _____
                              GABRIEL A. FUENTES
                              UNITED STATES MAGISTRATE JUDGE