# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                             Case No.: 1:20−cr−00035

                                                      Honorable Elaine E. Bucklo

Wilmer Alexander Garcia Meza

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo, as to Wilmer Alexander Garcia Meza: Status hearing held on 2/7/2020 and continued to 4/13/2020 at 10:15 a.m. The Court finds the interest of justice would best be served by excluding time from 2/7/2020 to 4/13/2020 pursuant to 18:3161(h)(7)(A)(B). Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.