# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 20 CR 35-1 |
| | ) | |
| v. | ) | Judge: Elaine E. Bucklo |
| | ) | Magistrate Judge: Gabriel A. Fuentes |
| | ) | |
| Wilmer Alexander Garcia Meza | ) | |
| | ) | |

## ORDER

The Court has been notified that Defendant has complied with the agreed conditions as ordered on 2/06/20. The Third-Party Custodian has posted the property as partial security for bond with the Clerk's Office and has provided the Government with a certified copy of the property's appraisal as required by the Court. In light of this report, the status hearing set for 2/25/20 at 11:00 a.m. before Magistrate Judge Fuentes is hereby stricken.

Date: February 21, 2020

/s/ _____
GABRIEL A. FUENTES
UNITED STATES MAGISTRATE JUDGE