# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:20−cr−00035
　　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Wilmer Alexander Garcia Meza

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2020:

　　　　MINUTE entry before the Honorable Elaine E. Bucklo, as to Wilmer Alexander Garcia Meza: Pursuant to Third Amended General Order 20−0012, the status hearing set for 5/18/2020 is stricken and reset to 6/19/2020 at 10:00 a.m. (to track the case only, no appearance is required). The government shall confer with defense counsel and file a status report by 6/9/2020 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, and state whether there is any objection to exclusion of time. The court will enter a scheduling order in response to the status report. The Court finds the interest of justice would best be served by excluding time from 5/18/2020 to 6/19/2020 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.