UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 20 CR 35 |
| | ) | |
| WILMER ALEXANDER GARCIA MEZA, | ) | Judge Elaine E. Bucklo |
| aka "Alejandro Garcia" and | ) | |
| "Alex Garcia," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, Richard E. Zuckerman, Principal Deputy Assistant Attorney General for the Tax Division, Department of Justice, and the defendant, Wilmer Alexander Garcia Meza, by and through his attorney, Steven Greenberg, respectfully submit a joint status report.

**Procedural History and Status**

On May 12, 2020, this court entered an order directing the parties to file a joint status report on or before June 9, 2020. R. 36. On June 4, 2020, the parties conferred by telephone regarding the filing of this report.

On January 16, 2020, the grand jury returned an indictment charging Wilmer Alexander Garcia Meza with four counts of mail fraud, in violation of Title 18, United States Code, Section 1341 (Counts 1 to 4), two counts of aggravated identity theft, in violation of Title 18, United States Code, Section 1028A (Counts 5 and 6), and fourteen counts of submitting a false claim, in violation of Title 18,

United States Code, Section 287 (Counts 7 to 20).  On February 6 and 7, 2020, the government provided initial Rule 16 discovery, which consists of over 10,000 pages of documents, including voluminous bank records.  On March 26, 2020, the government provided supplemental Rule 16 discovery.  There are currently no outstanding motions.  The defendant is released on a $130,000 bond partially secured by real property.

Defense counsel has begun a review of the discovery materials.  However, considering the pandemic and the restrictions on in person meeting, as well as language concerns, he has not as of yet been able to conduct any meaningful review of the materials with the defendant.  This is a documentary case, and a situation where counsel must be able to sit down with the defendant and look at the documents, together.  The documents cannot be reviewed by simply providing a copy to the defendant and then conducting a teleconference or zoom meeting.  The defendant is not a sophisticated individual who would be able to navigate through the discovery provided, and he does not speak fluent English.  Accordingly, defense counsel believes it is best to set the matter for status in 60 days with the hope that some progress may be able to be achieved in the interim.  The defendant would agree to the tolling of any speedy trial concerns.

The government concurs with the defendant's request.


/ / / /

2

Respectfully submitted,


STEVEN GREENBERG                          RICHARD E. ZUCKERMAN
Counsel for WILMER ALEXANDER              Principal Deputy Assistant Attorney General
GARCIA MEZA                               Tax Division, Department of Justice


By: _/s/Steven Greenberg_____           By: __/s/Michael Landman_____
    STEVEN GREENBERG                          MICHAEL C. LANDMAN
    Counsel for WILMER ALEXANDER              THOMAS W. FLYNN
    GARCIA MEZA                               Trial Attorneys
                                              Counsel for the United States


Dated: June 4, 2020