UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILMER ALEXANDER GARCIA MEZA, )<br>aka "Alejandro Garcia" and )<br>"Alex Garcia," )<br>)<br>Defendant. )<br>_____ ) | No. 20 CR 35<br><br>Judge Elaine E. Bucklo |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, Richard E. Zuckerman, Principal Deputy Assistant Attorney General for the Tax Division, Department of Justice, and the defendant, Wilmer Alexander Garcia Meza, by and through his attorney, Steven Greenberg, respectfully submit a joint status report.

**Procedural History and Status**

On August 17, 2020, this Court entered an order directing the parties to file a joint status report on or before September 21, 2020. R. 43. On September 18, 2020, the parties conferred by email regarding the filing of this report.

On January 16, 2020, the grand jury returned an indictment charging Wilmer Alexander Garcia Meza with four counts of mail fraud, in violation of Title 18, United States Code, Section 1341 (Counts 1 to 4), two counts of aggravated identity theft, in violation of Title 18, United States Code, Section 1028A (Counts 5 and 6), and fourteen counts of submitting a false claim, in violation of Title 18,

United States Code, Section 287 (Counts 7 to 20). On February 6 and 7, 2020, the government provided initial Rule 16 discovery, which consists of over 10,000 pages of documents, including voluminous bank records. On March 26, 2020, the government provided supplemental Rule 16 discovery. There are currently no outstanding motions. The defendant is released on a $130,000 bond partially secured by real property.

Defense counsel is continuing to review the discovery materials. However, considering the pandemic and the restrictions on in person meeting, as well as language concerns, he has not as of yet been able to conduct any meaningful review of the materials with the defendant.

The parties have had preliminary discussions about a potential resolution of the case and will continue to have those discussions as defense counsel continues to review discovery. Accordingly, the parties request that the Court set the matter for an additional status in 60 days with the hope that some progress may be able to be achieved in the interim. The defendant would agree to the tolling of any speedy trial concerns.

The parties jointly request that the Court make a finding that, in light of the ongoing pandemic which has, among other things, inhibited the defense from conducting meaningful and effective preparation, the ends of justice served by the requested continuance outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

| | |
|---|---|
| STEVEN GREENBERG<br>Counsel for WILMER ALEXANDER GARCIA MEZA | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General<br>Tax Division, Department of Justice |
| By: */s/Steven Greenberg*<br>    STEVEN GREENBERG<br>    Counsel for WILMER ALEXANDER GARCIA MEZA | By: */s/Michael Landman*<br>    MICHAEL C. LANDMAN<br>    THOMAS W. FLYNN<br>    Trial Attorneys<br>    Counsel for the United States |

Dated**:** September 21, 2020