UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILMER ALEXANDER GARCIA MEZA, )<br>aka "Alejandro Garcia" and )<br>"Alex Garcia," )<br>)<br>Defendant. )<br>_____ ) | No. 20 CR 35<br><br>Judge Elaine E. Bucklo |

# JOINT STATUS REPORT

The United States of America, by and through its attorney, David A. Hubbert, Acting Assistant Attorney General for the Tax Division, Department of Justice, and the defendant, Wilmer Alexander Garcia Meza, by and through his attorney, Steven Greenberg, respectfully submit a joint status report.

**Procedural History and Status**

On September 1, 2021, this Court entered an order directing the parties to file a joint status report on or before October 6, 2021. R. 57. The parties conferred by email regarding the filing of this report on October 5, 2021.

On January 16, 2020, the grand jury returned an indictment charging Wilmer Alexander Garcia Meza with four counts of mail fraud, in violation of Title 18, United States Code, Section 1341 (Counts 1 to 4), two counts of aggravated identity theft, in violation of Title 18, United States Code, Section 1028A (Counts 5 and 6), and fourteen counts of submitting a false claim, in violation of Title 18,

United States Code, Section 287 (Counts 7 to 20). On February 6 and 7, 2020, the government provided initial Rule 16 discovery, which consists of over 10,000 pages of documents, including voluminous bank records. On March 26, 2020, the government provided supplemental Rule 16 discovery. On June 21, 2021, the government provided additional Rule 16 discovery. There are currently no outstanding motions. The defendant is released on a $130,000 bond partially secured by real property.

Defense counsel is still in the process of reviewing the discovery provided by the government, including the supplemental discovery provided on June 21, 2021. The government requests that the Court make a finding that, in light of the ongoing pandemic which has, among other things, inhibited the defense from conducting meaningful and effective preparation, the ends of justice served by the requested continuance outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Defendant does not object to this request.

                                                  Respectfully submitted,

| | |
|---|---|
| STEVEN GREENBERG<br>Counsel for WILMER ALEXANDER<br>GARCIA MEZA | DAVID A. HUBBERT<br>Acting Assistant Attorney General<br>Tax Division, Department of Justice |
| By:    */s/Steven Greenberg*<br>    STEVEN GREENBERG<br>    Counsel for WILMER ALEXANDER<br>    GARCIA MEZA | By:    */s/Michael C. Landman*<br>    MICHAEL C. LANDMAN<br>    THOMAS W. FLYNN<br>    Trial Attorneys<br>    Counsel for the United States |

Dated**:** October 6, 2021