UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILMER ALEXANDER GARCIA MEZA, )<br>aka "Alejandro Garcia" and )<br>"Alex Garcia," )<br>)<br>Defendant. )<br>) | No. 20 CR 35<br><br>Judge Elaine E. Bucklo |

# JOINT STATUS REPORT

The United States of America, by and through its attorney, David A. Hubbert, Deputy Assistant Attorney General for the Tax Division, Department of Justice, and the defendant, Wilmer Alexander Garcia Meza, by and through his attorney, Steven Greenberg, respectfully submit a joint status report.

**Procedural History and Status**

On March 4, 2022, this Court entered an order directing the parties to file a joint status report on or before April 28, 2022.[1] R. 67. The parties conferred by email regarding the filing of this report on March 28, 2022.

On January 16, 2020, the grand jury returned an indictment charging Wilmer Alexander Garcia Meza with four counts of mail fraud, in violation of Title 18, United States Code, Section 1341 (Counts 1 to 4), two counts of aggravated

---

[1] The Order stated that the status report was due April 28, 2022, but the parties believe this to be a typographical error and understand the Court to have ordered the parties to submit a joint status report on or before March 28, 2022, one week in advance of the scheduled status hearing on April 4, 2022, per the Court's ordinary practice.

identity theft, in violation of Title 18, United States Code, Section 1028A (Counts 5 and 6), and fourteen counts of submitting a false claim, in violation of Title 18, United States Code, Section 287 (Counts 7 to 20). On February 6 and 7, 2020, the government provided initial Rule 16 discovery, which consists of over 10,000 pages of documents, including voluminous bank records. On March 26, 2020, the government provided supplemental Rule 16 discovery. On June 21, 2021, the government provided additional Rule 16 discovery. There are currently no outstanding motions. The defendant is released on a $130,000 bond partially secured by real property.

     Defendant's counsel has had the opportunity to meet with defendant to discuss the government's plea offer. As a result of those discussions, defendant requests that the Court set a change of plea date. Counsel is available after May 18, 2022. The government requests that the Court make a finding that, in light of the ongoing pandemic which has, among other things, inhibited the defense from conducting meaningful and effective preparation, the ends of justice served by the requested continuance outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Defendant does not object to this request.

Respectfully submitted,

| | |
|---|---|
| STEVEN GREENBERG<br>Counsel for WILMER ALEXANDER GARCIA MEZA | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br>Tax Division, Department of Justice |
| By: */s/Steven Greenberg*<br>    STEVEN GREENBERG<br>    Counsel for WILMER ALEXANDER GARCIA MEZA | By: */s/Michael C. Landman*<br>    MICHAEL C. LANDMAN<br>    THOMAS W. FLYNN<br>    Trial Attorneys<br>    Counsel for the United States |

Dated**:** March 28, 2022

3