# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:20−cr−00035
                                                    Honorable Elaine E. Bucklo

Wilmer Alexander Garcia Meza

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo, as to Wilmer Alexander Garcia Meza: Pursuant to the parties' joint status report and by agreement, status hearing set for 4/4/2022 is stricken. Change of Plea Hearing set for 5/25/2022 at 10:00 a.m. The government shall confer with defense counsel and file a status report by 5/18/2022 with an update on the status of the case. The status report should include whether the defendant agreed to proceed with the change of plea by video (or for a telephone conference if video conferencing is not feasible), under CARES Act Section 15002(b)(2). The court will enter a scheduling order in response to the status report. The Court finds the interest of justice would best be served by excluding time from 4/4/2022 to 5/25/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.