**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 CR 35 |
| | ) | |
| W. ALEXANDER GARCIA MEZA, | ) | Judge Bucklo |
| | ) | |
| Defendant. | ) | |

## WAIVER OF IN-PERSON APPEARANCE

I, Steven Greenberg, counsel for WILMER ALEXANDER GARCIA MEZA, certify that I have consulted with Defendant regarding this waiver of in-person appearance for change of plea hearing. After Defendant acknowledged an understanding of the following information, Defendant knowingly and voluntarily waived the right to attend in person the change of plea hearing scheduled on May 25, 2022

1. Defendant acknowledges that he or she has the right to personally attend the arraignment and all hearings in this case.

2. With the Court's consent, Defendant may waive the right to appear in-person for the arraignment, change of plea hearing, and sentencing hearing and, instead, elect to appear via videoconference or telephone conference.

3. Defendant has consulted with the undersigned attorney regarding Defendant's right to appear in person for the above-reference hearing.

4. After consulting with Defendant's attorney, Defendant knowingly and voluntarily waived his or her right to appear in person for the above-referenced hearing and elects to appear at the hearing via videoconference or telephone conference.

I certify that this waiver of appearance shall be filed on the docket.

Dated: May 16, 2022

/s/ Steven Greenberg
Attorney for Defendant