UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILMER ALEXANDER GARCIA MEZA, )<br>aka "Alejandro Garcia" and )<br>"Alex Garcia," )<br>)<br>Defendant. )<br>_____ ) | No. 20 CR 35<br><br>Judge Elaine E. Bucklo |

## **STATUS REPORT**

The United States of America, by and through its attorney, David Hubbert, Deputy Assistant Attorney General for the Tax Division, Department of Justice, respectfully submits this status report.

**Procedural History and Status**

On April 4, 2022, this Court entered an order directing the parties to file a joint status report on or before May 18, 2022. R. 69.

On January 16, 2020, the grand jury returned an indictment charging Wilmer Alexander Garcia Meza with four counts of mail fraud, in violation of Title 18, United States Code, Section 1341 (Counts 1 to 4), two counts of aggravated identity theft, in violation of Title 18, United States Code, Section 1028A (Counts 5 and 6), and fourteen counts of submitting a false claim, in violation of Title 18, United States Code, Section 287 (Counts 7 to 20). On February 6 and 7, 2020, the government provided initial Rule 16 discovery, which consists of over 10,000 pages

of documents, including voluminous bank records. On March 26, 2020, the government provided supplemental Rule 16 discovery. There are currently no outstanding motions. The defendant is released on a $130,000 bond partially secured by real property.

A Change of Plea Hearing is set for 10:00 a.m. on May 25, 2022. The parties have provided a signed plea agreement to Chambers. Based on an email exchange with Defense Counsel, the Government expects that the defense will provide the Court with signed written consent to hold the plea hearing virtually.

Respectfully submitted,


DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, Department of Justice


By:   /s/ Jacob M. Green
JACOB M. GREEN
THOMAS W. FLYNN
Trial Attorneys
Counsel for the United States


Dated: May 18, 2022