# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America v. Wilmer Alexander Garcia Meza

Case Number: 20-CR-00035

An appearance is hereby filed by the undersigned as attorney for:

United States of America

Attorney name (type or print): Jacob M. Green

Firm: U.S. Department of Justice, Tax Division

Street address: 150 M St. NE

City/State/Zip: Washington, DC 20002

Bar ID Number: 706143 (MA)
(See item 3 in instructions)

Telephone Number: 202-514-4312

Email Address: Jacob.m.green@usdoj.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 18, 2022

Attorney signature: S/ Jacob M. Green

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015