UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILMER ALEXANDER GARCIA MEZA, )<br>aka "Alejandro Garcia" and )<br>"Alex Garcia," )<br>)<br>Defendant. )<br>_____ ) | No. 20 CR 35<br><br>Judge Elaine E. Bucklo |

**NOTICE OF FILING**

To: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE**, that on **August 4, 2022**, I caused to be filed electronically with the Clerk of the Court for the Northern District of Illinois letters in support.

**CERTIFICATE OF SERVICE**

I, Steven Greenberg, certify that on August 4, 2022, I electronically filed a copy of the above-referenced document and thereby served a copy to all counsel of record.

By: s/ Steven A. Greenberg

Steven A Greenberg
Greenberg Trial Lawyers
53 W. Jackson Blvd., Suite 1260
Chicago, Illinois 60604
(312) 879-9500