August 3, 2022

Re: Wilmer Garcia

To Whom This May Concern,

We have personally known Wilmer Garcia for fourteen plus years as a friend and as our brother-in-law. It is, for this reason, that we're content to write this letter of reference for Wilmer Garcia regarding this matter. We understand the seriousness of this matter, however, hope the court will show some leniency.

During our current relationship with Wilmer Garcia, we have experienced an individual who works hard for his family, works two jobs at a time, and carries himself in a polite, respectable manner. In addition, we have seen Wilmer overcome ups and downs in life. He has come across as a person of good moral character, a family person who has always presented himself with level-headedness and civilized.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Wilmer Garcia to be a valuable member of our family and the community and a good human being.

Sincerely,

Miriam G. Cambray

Ulyses F. Cambray

# REPÚBLICA DE HONDURAS

SECRETARÍA DE SEGURIDAD

D.P.I.

387471

## DENUNCIA 010-2021

**DENUNCIANTE:**

| NOMBRES: | FRANCISCO LISANDRO | APELLIDOS: | GARCIA MEZA |
|---|---|---|---|
| DOCUMENTO: | IDENTIDAD | NUMERO: | 1518-1963-00029 |
| SEXO: | MASCULINO | EDAD: | 58 AÑOS |
| NACIONALIDAD: | HONDUREÑO | ESTADO CIVIL: | CASADO |
| Profesión u oficio | COMERCIANTE | TELÉFONO: | 97970190 |
| RESIDENCIA EXACTA: | MUNICIPIO DE SAN FRANCISCO DE BECERRA, OLANCHO | | |

**SOSPECHOSO**

| NOMBRES: | DOS DESCONOCIDOS | | |
|---|---|---|---|
| DOCUMENTO: | | NUMERO: | |
| SEXO: | MASCULINOS | EDAD: | |
| NACIONALIDAD: | | ESTADO CIVIL: | |
| PROFESION U OFICIO: | | TELÉFONO: | |
| RELACION O PARENTEZCO CON LA VICTIMA: NINGUNA | | | |
| RESIDENCIA EXACTA: | SE DESCONOCE | | |

| DELITO (S): | AMENAZAS A MUERTE | | |
|---|---|---|---|
| DIA Y FECHA: | LUNES 11 DE ENERO DEL 2021 | HORA: | 10:00 A.M. |
| DEPARTAMENTO: | OLANCHO | MUNICIPIO: | BECERRA |
| LUGAR DE OCURRENCIA: | SAN FRANCISCO DE BECERA | | |

**NARRACION DE HECHOS:** Manifiesta el denunciante que tiene un hijo en los estados unidos de nombre WILMER ALEXANDER GARCIA MEZA, y desde el año 2021, estoy siendo amenazado a muerte y buscado por dos personas desconocidas quienes llegan constantemente a mi casa de habitación ubicada en san francisco de becerra, armados con armas cortas y con pasamontaña en su rostro, preguntando que donde está mi hijo las veces que han ido a mi casa le he contestado que él no está aquí que él se fue para los estados unidos, el día de hoy lunes 11 de enero del presente año como a eso de las 10:00 a.m. regresaron nuevamente estas dos personas a preguntarme que si ya había llegado mi hijo que ellos tenían conocimiento que ya lo había deportado yo les conteste que no savia nada de eso, pues me dijeron que iban a estar viniendo a investigar y que si yo no les decía la verdad pues que me iban a matar a mí, interpongo esta denuncia para que se investigue ya que nosotros no tenemos problemas con nadie y si a mi o a mi hijo nos pasa algo responsabilizamos estas dos personas.

Dado en la ciudad de Juticalpa, Olancho a los 11 días del mes de enero del año dos mil veintiuno a las 14:00 horas de la tarde

FIRMA DEL AGENTE

DENUNCIANTE U OFENDIDO





Go gle Translate

文A Text     🌐 Websites

SPANISH - DETECTED     ⇄     ENGLISH

NARRACION DE HECHOS: Manifiesta el denunciante que tiene un hijo en los estados unidos de
nombre WILMER ALEXANDER GARCIA MEZA, y desde el año 2021, estoy siendo amenazado a muerte
y buscado por dos personas desconocidas quienes llegan constantemente a mi casa de habitación
ubicada en san francisco de becerra, armados con armas cortas y con pasamontaña en su rostro,
preguntando que donde está mi hijo las veces que han ido a mi casa les he contestado que él no está
aquí que él se fue para los estados unidos, el día de hoy lunes 11 de enero del presente año como a
eso de las 10:00 a.m. regresaron nuevamente estas dos personas a preguntarme que si ya había
llegado mi hijo que ellos tenían conocimiento que ya lo había deportado yo les conteste que no savia
nada de eso, pues me dijeron que iban a estar viniendo a investigar y que si yo no les decía la verdad
pues que me iban a matar a mí, interpongo esta denuncia para que se investigue ya que nosotros no
tenemos problemas con nadie y si a mi o a mi hijo nos pasa algo responsabilizamos estas dos
personas.
Dado en la ciudad de Juticalpa, Olancho a los 11 días del mes de enero del año dos mil veintiuno a las
14:00 horas de la tarde
FIRM
/ DENUNCIANTE




1,210 / 5,000

NARRATION OF FACTS: The complainant states that he has a child in the United States of
name WILMER ALEXANDER GARCIA MEZA, and since 2021, I have been receiving death threats
and searched by two unknown people who constantly come to my house
located in san francisco de becerra, armed with handguns and with a balaclava on his face,
asking where my son is the times they have come to my house I have answered that he is not
here that he left for the United States, today, Monday, January 11 of this year, as a
about 10:00 a.m. These two people came back again to ask me if I had already
When my son arrived, they knew that he had already been deported. I answered that I did not know.
none of that, because they told me that they were going to be coming to investigate and that if I didn't tell them the truth
Well, they were going to kill me. I file this complaint so that it can be investigated, since we don't
we have problems with no one and if something happens to me or my son we hold these two responsible
people.
Given in the city of Juticalpa, Olancho on the 11th day of the month of January of the year two thousand and twenty-one at
2:00 p.m.
FIRM
/ COMPLAINANT

Send feedback