To Whom It May Concern,

I am Wilmer's mother, Sonia. While I may be his mother, there is no doubt in me to state he is a wonder son. He is always so attentive with his wife, son, sister, me and everyone surrounding him. He calls me daily to make sure I'm okay and down to making sure I've eaten and ensuring I've had my daily coffee. It has been an honor watching him grow up from the second he was born to becoming the amazing father and husband he is. I am beyond proud of everything he has accomplished in his life. He has a great heart, beautiful personality and caring soul. He tends to worry and make sure everyone else is okay and then ensures he's okay. There's nothing more beautiful than seeing him develop his relationship with his son. He is doing an amazing job in raising him.

If you have any questions, feel free to call me at (224) 399-5154.

Thank you,
Sonia Garcia.

To Whom It May Concern,

My name is Katherine and I am Wilmer's younger sister. Wilmer has always been the person to give up his time to help those in need around him. He loves helping out his friends and family to the best of his ability. It's been a pleasure to see his love and care for individuals develop especially after having his son. They say you become a new person when you have kids. While Wilmer was a great person then and still is now, after having his son, his heart grew even bigger. Like any other husband, he makes sure his family is well taken care of. He always wants what's best for his wife and son. The love his son has for him is unexplainable. You can see his eyes light up as soon as his daddy walks in the room. Their love for each is very much reciprocated. While you never know what the future may hold, Wilmer will do nothing but the best for his family and he will do whatever he is capable of doing in making that possible. From making sure there's food on the table, ensuring bills are paid, checking up on myself or our mother or even his wife's family. Wilmer is truly a role model when it comes to someone having a big heart. He ensures everyone around him is happy and most importantly safe.

If you have any questions, feel free to contact me at (224) 772-5580.

Thank you,
Katherine Veliz-Garcia.