UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 20 CR 35 |
| ) | |
| WILMER ALEXANDER GARCIA MEZA, ) | Judge Elaine E. Bucklo |
| aka "Alejandro Garcia" and ) | |
| "Alex Garcia," ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

The United States of America, by and through its attorney, David A. Hubbert, Deputy Assistant Attorney General for the Tax Division, Department of Justice, respectfully submits this status report.

**Procedural History and Status**

On August 4, 2022, this Court entered an order directing the parties to file a joint status report on or before August 10, 2022. ECF No. 81.

On May 25, 2022, the defendant pleaded guilty to mail fraud, in violation of 18 U.S.C. § 1341, and aggravated identity theft, in violation of 18 U.S.C. § 1028A. ECF Nos. 74, 75.

There are currently no outstanding motions. The defendant is released on a $130,000 bond partially secured by real property.

A sentencing hearing is set for August 19, 2022 at 11:00 a.m. The government attempted to confer with defense counsel to determine whether the

defendant has agreed to proceed by video or telephone conference, but did not receive a response. The government has no objection to proceeding with the sentencing hearing by video or telephone conference.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, Department of Justice

By:    /s/ Jacob M. Green
    JACOB M. GREEN
    THOMAS W. FLYNN
    Trial Attorneys
    Counsel for the United States

Dated: August 10, 2022