# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Wilmer Alexander Garcia Meza

Defendant.

Case No.: 1:20−cr−00035
Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2022:

MINUTE entry before the Honorable Elaine E. Bucklo, as to Wilmer Alexander Garcia Meza: The Court has reviewed the joint status report. Defendant requests an in−person sentencing hearing. Sentencing is set for 8/19/2022 at 11:00 a.m. in courtroom #2243. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.