UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.  20 CR 35-1 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| WILMER ALEXANDER GARCIA MEZA | ) | |

**GOVERNMENT'S UNOPPOSED
MOTION TO EXONERATE BOND**

The United States of America by its attorney, MORRIS PASQUAL, Acting United States Attorney of the Northern District of Illinois for its motion, moves as follows:

1. Pursuant to a Pre-Trial Release Order entered February 6, 2020, Daisy Cortes posted her interest in certain real property to secure the defendant's release on bond. As a result, the property was encumbered pending the defendant's completion of the bond requirements.

2. As the defendant was convicted, sentenced and has surrendered to the custody of the Bureau of Prisons, the government hereby submits this motion to exonerate the bond. In addition, the government requests that this Court order the release of any liens or other encumbrances lodged against the real property as it relates to this release order and further order that the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, be returned to the surety at the property address.

3. Defendant's counsel has been contacted regarding this motion and counsel has no objection to the motion or the entry of the Order.

WHEREFORE, the government respectfully requests this Court to exonerate the bond posted in this case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: *Patrick J. King, Jr.*
PATRICK J. KING, JR.
Assistant U.S. Attorney
219 S. Dearborn St., Room 500
Chicago, Illinois 60604
(312) 353-5300