UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.   20 CR 35-1 |
| ` ) | |
| v. ) | Judge Elaine E. Bucklo |
| ) | |
| WILMER ALEXANDER GARCIA MEZA ) | |

**ORDER EXONERATING BOND**

This matter coming before the Court on the government's motion and the Court being fully advised finds as follows:

(a)   Pursuant to a Pre-Trial Release Order entered on February 6, 2020, Daisy Cortes posted her interest in certain real property to secure the defendant=s release on bond.   As a result, the property was encumbered pending the defendant=s completion of the bond requirements.

(b)   As the defendant was convicted, sentenced and has surrendered to the Bureau of Prisons, the security for the bond is no longer required and the government submitted this motion to exonerate the bond. In addition, the government requested that this Court order the release of any liens or other encumbrances lodged against the real property as it relates to this bond and further order that the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, be returned to the surety at the property address.

Accordingly, it is hereby ORDERED, DIRECTED, and ADJUDGED:

1.   That, as the defendant has surrendered to the Bureau of Prisons, the Court thus orders the bond exonerated.   It is further ordered,

2. That, any liens or other encumbrances lodged against the real property as it relates to this bond shall be released. It is further ordered,

3. That, the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to the surety at the property address., It is further ordered,

4. That this Court shall retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this order.

ENTER:

_____
ELAINE E. BUCKLO
United States District Judge

DATED: 4/3/2023